May 21, 2019

Sunland Builders, Inc.
PO Box 1436
Swansboro, NC 28584

Re: MCAS Cherry Point – Construct Composite Shop Addition B4224

Dear Rick:

Please allow this letter to serve as confirmation that Sunland Builders provided traffic barricades and job site isolation for the above-referenced job. I removed this equipment and returned to you on June 8, 2018.

If you have any further questions, please let me know.

Sincerely,

*[signature]*

Scott Grafton
Superintendent/QC

EXHIBIT A