IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:19-CV-82-FL

| | |
|---|---|
| UNITED STATES *for the use and benefit of* SUNLAND BUILDERS, INC., <br>         Plaintiff, <br><br> v. <br><br> TEAM HENRY ENTERPRISES, LLC and AEGIS SECURITY INSURANCE COMPANY, <br>         Defendants. | **ORDER** |

This matter is before the Court on Plaintiff's motion for entry of default. It appearing to the Court, based upon the Affidavit of Chris S. Edwards, that Defendant Team Henry Enterprises, LLC has failed to plead and that Team Henry Enterprises, LLC is neither infant nor an incompetent person, and that Team Henry Enterprises, LLC is not in the military service of the United States.

NOW, THEREFORE, default is hereby entered against Team Henry Enterprises, LLC, as allowed by Rule 55(a) of the Federal Rules of Civil Procedure and by Local Civil Rule 55.1.

SO ORDERED, this the 1 day of April, 2020.

_____
PETER A. MOORE
CLERK OF COURT